

**ORDERED in the Southern District of Florida on September 2, 2021.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                    CASE NO. 21-16555-LMI
MAGALY DIEGUEZ                       CHAPTER 7

      **Debtor,**

_____/

## ORDER GRANTING MOTION TO EXCUSE DEBTOR'S APPEARANCE AT 341 MEETING, DE 19,

THIS CASE came before the Court, on the Motion to Excuse Debtor's Appearance at 341

Meeting ( D.E. # 19)  and based on the record, it is

ORDERED as follows:

1.      The Motion to Excuse Debtor's Appearance at 341 Meeting is granted.

2.      The Debtor is excused.

###

Ricardo Corona, Esq. shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).